☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | Larry Joe Freeman<br>Betty Freeman | **Case No.** |
| **Debtors:** | | **Chapter 13** |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 4208 Gleason Como Rd, Gleason, TN 38229    (2) 4208 Gleason Como Rd, Gleason, TN 38229

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ 1,160.00    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR ( X ) DIRECT PAY**

**Debtor(2)** shall pay $ _____    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR (☐) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]    ☑ YES    ☐ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**

None    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____
Approximate arrearage: _____

Monthly Plan Payment: $ _____

**5. PRIORITY CLAIMS:**

-NONE-    Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

| Carrington Mortgage Services | ongoing payment begins | February 2020 | | $672.00 |
|---|---|---|---|---|
| | Approximate arrearage: | 11,992.10 | Interest 0.00 | $207.00 |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Cash Express<br>Adequate Protection $10.00 monthly | 552.29 | 8.00 | $20.00 |
| Heights Finance<br>Adequate Protection $11.00 monthly | 945.08 | 8.00 | $45.00 |
| Santander Consumer USA<br>Adequate Protection $17.00 monthly | 2,589.45 | 6.00 | $69.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                    ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $41,562.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                              ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Robert B. Vandiver, Jr.                                             Date  November 18, 2019                    .
Robert B. Vandiver, Jr.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**